**Hearing Date: March 8, 2016 at 10:30 a.m.**
                                **Objection Deadline: March 1, 2016 at 5:00 p.m.**

**TARTER KRINSKY & DROGIN LLP**
*Substitute Special Litigation Counsel to*
*the Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Robert A. Wolf, Esq.
rwolf@tarterkrinsky.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------x
| | |
|---|---|
| In re | : Chapter 7 |
| | : |
| **LORING ESTATES LLC,** *et al.*, | : Case No. 12-45757 (NHL) |
| | : |
|         Debtors. | : Jointly Administered |
| | : |
---------------------------------x
| | |
|---|---|
| **ROBERT L. GELTZER, as Chapter 7** | : |
| Trustee of **LORING ESTATES LLC, et al.,** | : Adv. Proc. No. 14-01104 |
| | : (NHL) |
|         Plaintiff, | : |
| | : |
|         v. | : |
| | : |
| **LAEEQ A. BAJWA,** | : |
| | : |
|         Defendant. | : |
---------------------------------x

**AMENDED NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING SETTLEMENT STIPULATION BETWEEN THE <u>CHAPTER 7 TRUSTEE AND DEFENDANT LAEEQ A. BAJWA</u>**

        **PLEASE TAKE NOTICE** that, upon the motion (the "Motion") attached to the original Notice of Motion filed on February 12, 2016 as Document No. 24 on the Court's electronic docket for the above-captioned Adversary Proceeding No. 14-01104, Robert L.

Geltzer, the Chapter 7 trustee (the "Trustee") of the debtors in the above-captioned jointly administered Chapter 7 cases, by and through his Substitute Special Litigation Counsel, Tarter Krinsky & Drogin LLP, will move before the Honorable Nancy Hershey Lord at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, on **March 8, 2016 at 10:30 a.m.**, (the "Hearing") or as soon thereafter as counsel can be heard, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for entry of an Order approving that certain Stipulation of Settlement Between Robert L. Geltzer, as Chapter 7 Trustee and Defendant Laeeq A. Bajwa (the "Defendant"), a copy of which Stipulation of Settlement is annexed to the Motion as Exhibit 1. This Amended Notice of Motion corrects the original Notice of Motion so as to indicate that the Hearing of the Motion on March 8, 2016 will take place at **10:30 a.m.**, not 9:30 a.m.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion shall be set forth in a writing describing the basis therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, and shall be (i) filed electronically with the United States Bankruptcy Court for the Eastern District of New York, by registered users of the Bankruptcy Court's case filing system, or (b) in accordance with Local Bankruptcy Rules 5005-1 and 9004-1, submitted to the Clerk of the United States Bankruptcy Court for the Eastern District of New York; (ii) in accordance with Local Bankruptcy Rule 9070-1, submitted in hard-copy form directly to the chambers of the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the Bankruptcy Court; and (iii) served upon (A) Substitute Special Litigation Counsel to Robert L. Geltzer, as Chapter 7 Trustee, Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, New York 10018 (Attn: Robert A. Wolf, Esq.) and (B) co-counsel for the Defendant, Kenneth L Kutner, Esq.. 1185 Avenue of the Americas, 18th Floor, New York, NY 10036 and

George P Ziegler, Esq., Ziegler & Robinson, 25 West 43rd Street, New York, NY 10036 so that same is received no later than **March 1, 2016 at 5:00 p.m.**

     **PLEASE TAKE FURTHER NOTICE** that any party objecting to the relief requested by the Motion must appear at the Hearing. The Hearing may be adjourned, from time to time, by announcement in open Court without any further or other notice thereof.

Dated: New York, New York
    February 16, 2016

            **TARTER KRINSKY & DROGIN LLP**

            By: /s/ Robert A. Wolf
            Robert A. Wolf, Esq. (rwolf@tarterkrinsky.com)
            1350 Broadway, 11th Floor
            New York, New York 10018
            Telephone: (212) 216-8000

            *Substitute Special Counsel*
            *to the Chapter 7 Trustee*