**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------x
In re                                                    : Chapter 7
                                                         :
**LORING ESTATES LLC,** *et al.*,                        : Case No. 12-45757 (NHL)
                                                         :
         Debtors.                              : Jointly Administered
                                                         :
                                                         :
--------------------------------x
**ROBERT L. GELTZER,** as Chapter 7                      :
Trustee of **LORING ESTATES LLC,** et al.,               : Adv. Proc. No. 14-01104
                                                         : (NHL)
         Plaintiff,                            :
                                                         :
         v.                                    :
                                                         :
**LAEEQ A. BAJWA,**                                      :
                                                         :
         Defendant.                            :
                                                         :
                                                         :
--------------------------------x

### ORDER APPROVING SETTLEMENT STIPULATION BETWEEN ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE, AND DEFENDANT LAEEQ A. BAJWA PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the motion, dated February 12, 2016 (the "**Motion**"), of Robert L. Geltzer, as the Chapter 7 trustee (the "**Trustee**") of the above-captioned Debtors, for an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") approving the *Stipulation of Settlement Between Robert L. Geltzer, as Chapter 7 Trustee and Defendant Laeeq A. Bajwa* (the "**Settlement Stipulation**," a copy of which is annexed to the Motion as Exhibit 1); and good and sufficient notice of the Motion having been given; and no further notice being required; and no objection having been interposed to the Motion; and a hearing on the Motion

having been held before the Court on March 8, 2016; and due deliberation thereon having been had; and the Court having found that the Settlement Stipulation is in the best interests of the Debtors, the Debtors' estates, and their creditors; and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. The terms of the Settlement Stipulation are approved and are binding upon the Trustee and the Defendant Laeeq A. Bajwa (collectively, the "**Parties**").

3. The Parties are authorized and directed to take all actions necessary to effectuate the terms of the Settlement Stipulation.

4. This Court shall retain jurisdiction over any dispute or controversy arising from or related to the entry of this Order.

**Dated: March 16, 2016**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**